UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK KRAWCZAK,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
                                             /

Case No. 14-11281

Honorable Nancy G. Edmunds

## OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JUNE 13, 2016 REPORT AND RECOMMENDATION RULE 41(b) [22] AND AFFIRMING THE COMMISSIONER'S DECISION

This matter came before the Court on the Magistrate Judge's June 13, 2016 report and recommendation. (Docket no. 22.) The Court recommitted this matter to the Magistrate Judge for further review and consideration following Defendant Commissioner's objections to the Magistrate Judge's February 26, 2016 report and recommendation. (Dkt. 19, 20.) The procedural history of this matter is set forth in the Magistrate Judge's report and recommendation. The Magistrate Judge recommends that the findings of the Commissioner of Social Security be affirmed, or, in the alternative, that Plaintiff's complaint be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation and therefore affirms the Commissioner's decision pursuant to 42 U.S.C. § 405(g).

So ordered.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: July 14, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record and Plaintiff on July 14, 2016, by electronic and/or ordinary mail.

                                      s/Carol J. Bethel
                                      Case Manager